NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HITACHI KOKI CO., LTD.,**
*Plaintiff-Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR, PATENT AND TRADEMARK OFFICE.,**
*Defendant-Appellee.*

_____

2009-1548

_____

Appeal from the United States District Court for the District of Columbia in No. 07-CV-1504, Judge Ellen S. Huvelle.

_____

**JUDGMENT**

_____

PAUL DEVINSKY, McDermott, Will & Emery LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Bureden J. Warren, Charles J. Hawkins and Isaac S. Crum.

JOSEPH G. PICCOLO, United States Patent & Trademark Office, of Alexandria, Virginia, for defendant-appellee. With him on the brief were RAYMOND T. CHEN, Solicitor and FRANCES M. LYNCH, Associate Solicitor.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, MAYER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 14, 2010          /s/ Jan Horbaly
Date                              Jan Horbaly
                                    Clerk